UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| TERESA ARAVE,<br><br>        Plaintiff,<br><br>vs.<br><br>MITSUBISHI MOTORS NORTH AMERICA, INC.,<br><br>        Defendant. | Case No. 4:17-cv-00456-BLW<br><br>**JUDGMENT** |

Pursuant to the Stipulation filed by the parties,

NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the Stipulation (docket no. 11) is APPROVED, and that this action is DISMISSED WITH PREJUDICE, and all parties are to bear their own costs and attorneys' fees. The Clerk shall close this case.

DATED: May 29, 2018

_____
B. Lynn Winmill
Chief U.S. District Court Judge